RAUL BARRETO, Appellant, et al., Plaintiff, v METROPOLITAN TRANSPORTATION AUTHORITY et al., Respondents. (And Third-Party Actions.)

Submitted June 29, 2015; decided August 27, 2015

Motions for reargument denied [*see* 25 NY3d 426 (2015)].